

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00213-CV

**IN THE INTEREST OF A.J.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014EM501263
The Honorable Nick Catoe Jr., Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that no costs be assessed again appellant because he is indigent.

It is so **ORDERED** on July 22, 2015.

Marialyn Barnard

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2015.

_____
Keith E. Hottle, Clerk